[No. 70503-2-I.  Division One.  February 2, 2015.]

DOUG KRUGER, *Respondent*, v. MICHAEL MOI, *Individually and as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-2-32029-8, Susan J. Craighead, J., entered June 11, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 70815-5-I.  Division One.  February 2, 2015.]

THE CITY OF REDMOND, *Appellant*, v. BRIAN HOWE ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-44318-3, Jim Rogers, J., entered August 29, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Trickey, JJ.

[No. 71028-1-I.  Division One.  February 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD CHENOWETH, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-00367-9, Dave Needy, J., entered October 11, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Verellen and Trickey, JJ.

[No. 71864-9-I.  Division One.  February 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER HAMILTON BRIGHTON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00007-0, Eric Z. Lucas, J., entered March 31, 2014. *Remanded* by unpublished per curiam opinion.